CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

FOUAD TAAZIAH

Case No. 3:08-cr-77-J-25JRK
18 U.S.C. § 1204

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

From on or about January 26, 2008, to and including the date of this indictment,

in Jacksonville, in the Middle District of Florida, and elsewhere,

### FOUAD TAAZIAH,

the defendant herein, did knowingly and intentionally remove from the United States

Lana Taaziah and Michael Taaziah, two children who had been in the United States,

and did knowingly and intentionally retain said children outside of the United States,

with the intent to obstruct the lawful exercise of parental rights by the children's mother,

Rania Taaziah.

In violation of Title 18, United States Code, Section 1204.

A TRUE BILL,

Foreperson

ROBERT E. O'NEILL
United States Attorney

By:

ARNOLD B. CORSMEIER
Assistant United States Attorney

By:

KATHLEEN A. O'MALLEY
Assistant United States Attorney
Senior Litigation Counsel

2

FORM OBD-34
APR 1991

No.

# UNITED STATES DISTRICT COURT

## Middle District of Florida
## Jacksonville Division

### THE UNITED STATES OF AMERICA

vs.

### FOUAD TAAZIAH

### INDICTMENT

Violation:

18 U.S.C. 1204

A true bill,

*[signature]*

Foreperson

Filed in open court this 28th day

of February, A.D. 2008.

*[signature]*

Clerk

Bail $

GPO 863 525